| | |
|---|---|
| 1 | CHRISTOPHER J. HICKS |
|   | Washoe County District Attorney |
| 2 | |
|   | JENNIFER L. GUSTAFSON |
| 3 | Washoe County Deputy District Attorney |
|   | Nevada State Bar Number 12589 |
| 4 | One South Sierra Street |
|   | Reno, Nevada 89501 |
| 5 | jgustafson@da.washoecounty.us |
|   | (775) 337-5700 |
| 6 | ATTORNEY FOR DEFENDANTS |
|   | ANTHONY EDWARDS AND |
| 7 | ASA ANINAO |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

KEVIN E. GILLESPIE,

    Plaintiff,

vs.

DEPUTY EDWARDS, DEPUTY ANINAO and JOHN DOE 1,

    Defendants.

Case No. 3:18-cv-00125-MMD-CBC

**STIPULATION TO DISMISS WITH PREJUDICE**

    Come now Plaintiff KEVIN E. GILLESPIE and Defendants ANTHONY EDWARDS and ASA ANINAO, by and through counsel, Jennifer L. Gustafson, Deputy District Attorney, and hereby stipulate to the dismissal of this action in its entirely, and all claims against all defendants, with prejudice, pursuant to Fed.R.Civ.P. 41(a).

//

//

//

//

//

-1-

Each party shall bear their own attorney's fees and costs, as specifically provided in the settlement agreement executed by the parties herein.

Dated this 25th day of September, 2019

*[signature]*

KEVIN E. GILLESPIE (#1188383)
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada 89702

PLAINTIFF, in proper person

Dated this 25th day of September, 2019

CHRISTOPHER J. HICKS
District Attorney

By: *[signature]* for
JENNIFER L. GUSTAFSON
Deputy District Attorney
One South Sierra Street
Reno, Nevada 89501
(775) 337-5700

ATTORNEYS FOR DEFENDANTS
ANTHONY EDWARDS
ASA ANINAO

IT IS SO ORDERED

*[signature]*

Dated: September 30, 2019

U.S. District Judge

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, I deposited for mailing in the U. S. Mails, with postage fully prepaid, a true and correct copy of the foregoing document in an envelope addressed to the following:

Kevin E. Gillespie #1188383  
NNCC  
P.O. BOX 7000  
CARSON CITY, NV 89702

Dated 27th day of September 2019.

/s/ C. THEUMER  
C. THEUMER